**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

MARVIN BUTLER,
          *Defendant-Appellant.*

No. 02-50182

D.C. No.
CR-99-01178-CBM
Central District
of California,
Los Angeles

ORDER

Filed May 17, 2005

Before: James R. Browning, Pamela Ann Rymer, and
Susan P. Graber, Circuit Judges.

## ORDER

The opinion filed November 23, 2004, slip opinion 16301,
and appearing at 389 F.3d 956 (9th Cir. 2004), is withdrawn.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.